UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE, | |
| Plaintiff, | 25-CV-5407 (RA) |
| v. | ORDER |
| PULCHERI MEDICAL PRACTICE PLLC d/b/a PULCHERI MD, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

With apologies for any inconvenience this may cause, the conference previously scheduled

for October 3, 2025 at 12:30 p.m. is hereby rescheduled to October 3, 2025 at 11:00 a.m.

Members of the public may call into the conference at the following number: (855) 244-

8681; Meeting ID: 23055424735.

SO ORDERED.

Dated:    October 1, 2025
          New York, New York

_____
Ronnie Abrams
United States District Judge